IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40660
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

BRUCE GRAHAM CHRISTIANSON,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:96-CR-6-1
- - - - - - - - - -
February 21, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Bruce Graham Christianson appeals his guilty-plea conviction for conspiracy to possess with the intent to distribute amphetamine.  The district court did not err in its finding that Christianson was an organizer, leader, manager, or supervisor and in increasing his offense level pursuant to U.S.S.G. § 3B1.1(c). See United States v. Ronning, 47 F.3d 710, 711-12 (5th Cir. 1995).

     AFFIRMED.

---

     [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.